IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL E. NORTHCUTT and DEIRDRE NORTHCUTT, | ) ) ) | 2:11-cv-00595-GEB-DAD |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| SELECT PORTFOLIO SERVICING, INC., NATIONAL DEFAULT SERVICING CORPORATION, and DOES 1-20, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties filed a "Stipulation to Remand Action to the Superior Court of California, County of Nevada" on March 9, 2011, in which they state this case was removed "on the basis of Diversity," but "there is no longer diversity between Plaintiffs and Defendants." (ECF No. 5, 2:6-15.) Therefore, this case is REMANDED to the Nevada County Superior Court in California from which it was removed.

Dated: June 17, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1